IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ISREAL BOTELLO, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 3:18-cv-00549 |
| TENNESSEE DEPARTMENT OF CORRECTION, *et al.*, | ) ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE NEWBERN |
| Defendants. | ) ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 33), which was filed on April 6, 2020. Through the Report and Recommendation, the Magistrate Judge recommends that this action be dismissed without prejudice under Rule 4(m) of the Federal Rules of Civil Procedure for failure to effect service of process. On November 12, 2019, the Magistrate Judge ordered Plaintiff to show cause by December 3, 2019, as to why this action should not be dismissed without prejudice under Rule 4(m) for failure to effect service of process on the defendants. (Doc. No. 32). Plaintiff did not respond to the show cause order and has not served the defendants. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, this action is **DISMISSED** without prejudice.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE